### Charlotte M. ARAKELIAN

v.

### Garabed C. ARAKELIAN.

### No. 80–216–Appeal.

Supreme Court of Rhode Island.

Feb. 27, 1981.

Alan T. Dworkin, Cranston, for petitioner.

Aram K. Berberian, Warwick, for respondent.

### ORDER

The respondent appeared before us on February 2, 1981, in response to our order to show cause why his appeal should not be dismissed on the ground that it is frivolous.

**344**

No cause having been shown, the respondent's appeal is denied and dismissed.